# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**Board of Trustees,** *et al.*,

    **Plaintiffs,**

v.

**Utilicon Corp.,**

    **Defendant.**

Case No. 2:18-cv-17

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

Plaintiffs move for default judgment against Defendant Utilicon Corp. ("Defendant"). Mot., ECF No. 7. The Court **GRANTS** Plaintiffs' unopposed motion.

Plaintiffs' complaint was filed on January 8, 2018. Compl., ECF No. 1. The summons for Defendant was returned executed on January 19, 2018. ECF No. 4. Defendant failed to file a responsive pleading. Plaintiffs applied to the Clerk for entry of default, which the Clerk entered on March 2, 2018, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure. Entry of Default, ECF No. 6. Plaintiffs moved for default judgment on March 2, 2018, and the time for filing a response has passed.

Accordingly, Plaintiffs' unopposed motion for default judgment is **GRANTED**. The Clerk of Court is **DIRECTED** to enter **JUDGMENT** against Defendant. Furthermore, Defendant is ordered to timely report fringe benefit contributions to Plaintiffs by the 15th of each month for work performed the

previous month. Defendant is also ordered to notify Plaintiffs of the specific projects upon which the hours are worked. All remaining claims are dismissed with prejudice, subject to a settlement agreement entered into between the parties, ECF 7-2, PAGEID ## 29–36.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**